UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**NORMAND ERNEST BOISCLAIR, JR.**  Case No. **10-05072-BKC-3G7**

                    **Debtor(s).**

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: non-exempt household furnishings ($800.00), 2000 Toyota Tundra ($3,300.00), VIN - 5TBRT3419S004701, and 1998 Ford Windstar ($1,000.00), VIN - 2FMZA51U1WBD65146, for the sum of $5,100.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price on the household furnishings and Windstar are related to the values on the schedules less applicable exemptions. The Toyota Tundra has a KBB value between $3,300 and $4,500. The debtor has properly claimed a $1,000 exemption in it. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October  7 , 2011.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October  7 , 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**NORMAND ERNEST BOISCLAIR, JR.**  Case No. **10-05072-BKC-3G7**

_____ **Debtor(s).** _____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 7, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
**Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-05072-PMG<br>Middle District of Florida<br>Jacksonville<br>Fri Oct 7 13:01:45 EDT 2011 | BP<br>P.O. Box 94012<br>Palatine, IL 60094-4012 | Normand Ernest Boisclair Jr.<br>15753 SW 55th Avenue Road<br>Ocala, FL 34473-3009 |
| Michael D. Bruckman<br>Michael D. Bruckman, P.A. - Ocala<br>110 NE 11th Avenue<br>Ocala, FL 34470-6724 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi Mortgage<br>PO Box 6006<br>The Lakes, NV 88901-6006 |
| Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Credit First NA<br>P.O. Box 81344<br>Cleveland, OH 44188-0001 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JC Penney<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Munroe Regional Medical Ctr<br>P.O. Box 850001<br>Orlando, FL 32885-0001 | Sams Club/GEMB<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Sears<br>P.O. Box 183082<br>Columbus, OH 43218-3082 | Tax Collector, Marion County<br>P.O. Box 970<br>Ocala, FL 34478-0970 | United States Trustee - JAX 7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | Wells Fargo Bank<br>1 Home Campus<br>MAC # X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank<br>PO Box 536205<br>Atlanta, GA 30353-6205 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Proc. Staff Stop 5720
400 W. Bay St., Ste. 35045
Jacksonville, FL 32202-4437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients 26
Bypassed recipients  1
Total               27